UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:24-cr- 55-TJC-LLL
18 U.S.C. § 922(g)(1)

RALPH ERIC LANHAM

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 1, 2024, in the Middle District of Florida, the defendant,

RALPH ERIC LANHAM,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Count One Aggravated Assault and Count Two Aggravated Assault on or about September 10, 2009;

2. Grand Theft, on or about July 29, 2021; and

3. Burglary of a Structure or Conveyance, on or about July 7, 2023,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is a Taurus 9mm pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.     The property to be forfeited includes, but is not limited to, a Taurus 9mm pistol bearing serial number ABK980506, and associated ammunition, all of which was seized from the defendant on February 1, 2024.

4.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be
            divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).



ROGER B. HANDBERG
United States Attorney

By:   ELISIBETH ADAMS
Assistant United States Attorney

By:   FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
3/19/24 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## RALPH ERIC LANHAM

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

Filed in open court this _21st_ day of March, 2024.

_Jnene S. Pinelli_

Clerk

Bail   $_____